THE PEOPLE OF THE STATE OF NEW YORK ex rel. THE TOWN OF PREBLE, Appellant, *v.* GEORGE E. PRIEST et al., Constituting the BOARD OF TAX COMMISSIONERS OF THE STATE OF. NEW YORK, Respondents.

*People ex rel. Hunt* v. *Priest,* 90 App. Div. 520, affirmed.
(Argued January 9, 1905; decided January 24, 1905.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, entered January 28, 1904, which confirmed a détermination of the defendants dismissing the relator's appeal from a decision of the board. of supervisors of Cortland county made in the equalization of assessments and the correction of the assessment rolls of the several tax districts of that county.

*Frank S. Black, J. Courtney* and *T. E. Courtney* for appellant.

*O. M. Kellogg* for respondents.

Order affirmed, with costs ; no opinion.
Concur : CULLEN, Ch. J., GRAY, O'BRIEN, BARTLETT and WERNER, JJ. Dissenting : HAIGHT and VANN, JJ.